IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROLANDO JAIMES,

Defendant.

**8:26-CR-27**

**PRELIMINARY ORDER OF FORFEITURE**

This matter is before the Court upon the Government's Motion for Preliminary Order of Forfeiture. Filing 58. The Court has carefully reviewed the record in this case and finds as follows:

1. On September 15, 2026, the Court held a change of plea hearing whereby Rolando Jaimes ("Jaimes") entered a plea of guilty to Counts I, II, and III of the Indictment and admitted to the Forfeiture Allegation. Filing 50; Filing 51.

2. Count I of the Indictment charged Jaimes with Burglary in Indian country, in violation of 18 U.S.C. §§ 1153 and 2. Filing 1.

3. Count II of the Indictment charged Jaimes with Burglary in Indian country, in violation of 18 U.S.C. §§ 1153 and 2. Filing 1.

4. Count III of the Indictment charged Jaimes with Possession of Stolen Firearms, in violation of 18 U.S.C. §§ 922(j) and 924(a)(2). Filing 1.

5. The Forfeiture Allegation sought forfeiture, pursuant to 28 U.S.C. § 2461(c) and 18 U.S.C. 924(d)(1), of "any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(j), including: 1) a Savage, model 99M lever action rifle, caliber: .243 WIN, bearing serial number 1108028, with a black Nikon brand scope affixed; and 2) a Weatherby, model Mark V bolt-action rifle, caliber: .300 Magnum, bearing serial number: 43450, with a black Leupold brand scope affixed."

6. Based on the Defendant's guilty plea and admission, Defendant forfeits his interest in the Savage, model 99M lever action rifle, caliber: .243 WIN, bearing serial number 1108028, with a black Nikon brand scope affixed and the Weatherby, model Mark V bolt-action rifle, caliber: .300 Magnum, bearing serial number: 43450, with a black Leupold brand scope affixed, and the Government is entitled to possession of any interest Defendant has in the Savage, model 99M lever action rifle, caliber: .243 WIN, bearing serial number 1108028, with a black Nikon brand scope affixed and the Weatherby, model Mark V bolt-action rifle, caliber: .300 Magnum, bearing serial number: 43450, with a black Leupold brand scope affixed, pursuant to 21 U.S.C. § 853.

7. The Government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The Government's Motion for Preliminary Order of Forfeiture, Filing 58, is granted.

2. Based upon the Forfeiture Allegation of the Indictment, Filing 1, and Defendant's guilty plea and admission, the Government is hereby authorized to seize the Savage, model 99M lever action rifle, caliber: .243 WIN, bearing serial number 1108028, with a black Nikon brand scope affixed and the Weatherby, model Mark V bolt-action rifle, caliber: .300 Magnum, bearing serial number: 43450, with a black Leupold brand scope affixed.

3. Defendant's interests in the Savage, model 99M lever action rifle, caliber: .243 WIN, bearing serial number 1108028, with a black Nikon brand scope affixed and the Weatherby, model Mark V bolt-action rifle, caliber: .300 Magnum, bearing serial number: 43450, with a black Leupold brand scope affixed, is hereby forfeited to the Government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The Savage, model 99M lever action rifle, caliber: .243 WIN, bearing serial number 1108028, with a black Nikon brand scope affixed and the Weatherby, model Mark V bolt-action rifle, caliber: .300 Magnum, bearing serial number: 43450, with a black Leupold brand scope affixed, is to be held by the Government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the Government shall publish for at least thirty consecutive days on an official internet Government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the Government 's intent to dispose of the Savage, model 99M lever action rifle, caliber: .243 WIN, bearing serial number 1108028, with a black Nikon brand scope affixed and the Weatherby, model Mark V bolt-action rifle, caliber: .300 Magnum, bearing serial number: 43450, with a black Leupold brand scope affixed, in such manner as the Attorney General may direct, and notice that any person, having or claiming a legal interest in the Savage, model 99M lever action rifle, caliber: .243 WIN, bearing serial number 1108028, with a black Nikon brand scope affixed and the Weatherby, model Mark V bolt-action rifle, caliber: .300 Magnum, bearing serial number: 43450, with a black Leupold brand scope affixed, must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the Savage, model 99M lever action rifle, caliber: .243 WIN, bearing serial number 1108028, with a black Nikon brand scope affixed and the Weatherby, model Mark V bolt-action rifle, caliber: .300 Magnum, bearing serial number: 43450, with a black Leupold brand scope affixed, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the Savage, model 99M lever action rifle, caliber: .243 WIN, bearing serial number 1108028, with a black Nikon brand scope affixed and the Weatherby, model Mark V bolt-action rifle, caliber: .300 Magnum, bearing serial number: 43450, with a black Leupold brand scope affixed, and any additional facts supporting the Petitioner's claim and the relief sought.

7. The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the Savage, model 99M lever action rifle, caliber: .243 WIN, bearing serial number 1108028, with a black Nikon brand scope affixed and the Weatherby, model Mark V bolt-action rifle, caliber: .300 Magnum, bearing serial number: 43450, with a black Leupold brand scope affixed, as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 9th day of November, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge